E-FILED
Monday, 29 July, 2019  04:37:34 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
## for the Central District of Illinois





Sarah Banto )
)
Plaintiff, )
)
v. )
)   Case No. 19-2207
Kraft food )
)
Defendant(s). )

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I.   JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II.   PARTIES

**Plaintiff:**

A.   Plaintiff, a citizen of __Illinois__ (state), who resides at __1513 Marigold Lane__, alleges that his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B.   Defendant __Kraft__ is employed as a
(a) (Name of First Defendant)
__equipment Cleaner__
(b) (Position/Title)
with __Kraft 1701 W. Bradley Ave. Champaign I 61821.__
(c) (Employer's Name and Address)

1

*I got stork, and I was dismissed.*

*Check one of the following:*

☑This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

*I work as a equipment cleaner, this is done once a week, by two people, but as time go by, I was given two cookers to clean by myself, four day, or five day, a week. because of this hard work*

☐The **policy or custom** of this official's ~~government agency~~ violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #2:**

C.     Defendant _____ is employed as a
              (a) (Name of Second Defendant)

_____
                            (b) (Position/Title)

with _____.
                     (c) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☐The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Defendant #3:**

D.    Defendant _____ is employed as a

(a) (Name of Third Defendant)

_____

(b) (Position/Title)

with _____.

(c) (Employer's Name and Address)

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

☐ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:

**Additional Defendant(s) (if any):**

E.    Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

3

### III. PREVIOUS LAWSUITS

A.      Have you begun any other lawsuits in federal court? Yes
        ☐                              ☒ No

B.      If your answer to "A" is YES, describe the lawsuit in the space below.  *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

        1.      Parties to previous lawsuits:

                Plaintiff(s):



                Defendant(s):




        2.      Date of Filing:

        3.      Case Number:

        4.      Jurisdiction/Court:

        5.      Name of Judge:

        6.      Issues Raised:




        7.      Disposition of Case (for example:   Was the case dismissed?   Was it appealed?   Is it still pending?):

        8.      Date of Final Disposition:

4

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth each claim in a separate paragraph.*

1. On or about _4/6/2016_ (month,day,year), at approximately _____
□ a.m. □ p.m., plaintiff was present in the municipality (or unincorporated area of)
_Champaign County_ _____, in the County of
_____, in the State of Illinois, at
_____,

where defendant(s) violated plaintiff's civil rights as follows (check each box that applies):

□    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

□    searched plaintiff or his property without a warrant and without reasonable cause;

□    used excessive force upon plaintiff;

□    failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

□    failed to provide plaintiff with necessary medical care;

□    conspired together to violate one or more of plaintiff's civil rights;

□    other *(please explain)*: _____
_____
_____

2. Plaintiff was charged with one or more crimes, specifically:
_____
_____

3. The criminal proceedings *(check the box that applies)*:

□    are still pending.
□    were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
□    resulted in a finding of guilty on one or more of the charges.
□    other:_____

_____
_____

4.  Plaintiff further alleges as follows:  *Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:

   _____

   _____

   _____

7.  Plaintiff asks that this case be tried by a jury.  ☐ Yes      ☐ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1.  Compensatory Damages in the amount of $_____ to
    compensate for *(check all that apply)*:

    ☑ bodily harm
    ☑ emotional harm
    ☑ pain and suffering
    ☑ loss of income
    ☐ loss of enjoyment of life
    ☐ property damage

2.  Punitive Damages:        ☐ Yes        ☐ No

3.  Such injunctive, declaratory, or other relief as may be appropriate,
    including attorney's fees and reasonable expenses as authorized by 42
    U.S.C. § 1988.


## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance
with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes
that failure to comply with Rule 11 may result in sanctions.

Date: 7/29/2019

Signature of Plaintiff: *Sarah Banto*

Plaintiff's Name *(print clearly or type)*: Sarah Banto

Mailing Address: 1513 Marigold Lane

City: Champaign        State: IL        Zip: 61821

Plaintiff's Telephone Number: (217) 418-7201

7